Lewis Degen, appellee, v. Kernes Manufacturing Company, appellant. Gen. No. 28,168.

Suit for balance due on insurance contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Kenneth F. Simpson, for appellant. Philip P. Bregstone, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Agnes Kadlec, appellee, v. John Wrzesien, appellant. Gen. No. 28,186.

Forcible detainer for possession of store and rooms. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. R. Ragsdale, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed. Opinion filed February 20, 1924.

L. Shirley Tark, for appellant. Thomas W. Reilly, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Mary Wallace, appellee, v. Benjamin F. J. Odell, appellant. Gen. No. 28,201.

Suit by client against former attorney for moneys coming into his hands for her. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed with a finding of fact. Opinion filed February 20, 1924. Rehearing denied March 3, 1924.

Benjamin F. J. Odell, for appellant. Gurdon Williams and P. R. Boylan, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Scott Jordan and Clifford Hall Jordan, appellants, v. City of Chicago et al., appellees. Gen. No. 28,379.

Petition for mandamus to city and Commissioner of Buildings for permit to construct building in accordance with plans submitted. Order entered accordingly. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded with directions. Opinion filed February 20, 1924.

Peters & Horwitz, for appellants; Alfred Beck, of counsel. Shannon & Morrill, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.